IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GEORGE B. LANNOM, | ) | 4:16CV3046 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| QA3 FINANCIAL CORP. and QA3, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

A suggestion in bankruptcy (Filing No. 7) has been filed by the Chapter 7 Trustee of QA3 Financial Corp. It appears that QA3 Financial Corp., one of the defendants in this case, is a debtor in Case No. BK-11-80297 filed in the United States Bankruptcy Court for the District of Nebraska.

Pursuant to 11 U.S.C. § 362, further proceedings in the case are stayed <u>only</u> as to the defendant QA3 Financial Corp. The case may proceed as to any parties not in bankruptcy, but upon a motion filed by any party the case will be referred to the bankruptcy court for further action. *See* NEGenR 1.5(a)(1).

IT IS ORDERED that further proceedings in this case are stayed <u>only</u> as to the defendant QA3 Financial Corp.

DATED this 25th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge