IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE B. LANNOM, | ) | 4:16CV3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| QA3 FINANCIAL CORP. and | ) | |
| QA3, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on Plaintiff's application for entry of a default judgment against Defendant QA3, LLC (Filing No. 13). The record reflects that a default was entered against said Defendant by the clerk of the court on May 25, 2016 (Filing No. 12).

    Upon review of the complaint, the court finds that Plaintiff's claim against Defendant QA3, LLC, is for a sum certain of $200,000.00.[1] Pursuant to Federal Rule of Civil Procedure 55, the court will enter a default judgment for that amount.

    The other Defendant, QA3 Financial Corp., is alleged to be jointly and severally liable for the $200,000.00, but it is in bankruptcy and all proceedings against it are automatically stayed (see Filing No. 8). The court therefore finds no just reason for delay in entering a final judgment as against QA3, LLC. *See* Fed. R. Civ. P. 54(b).

    Accordingly,

---

[1] Although Plaintiff also prays for pre-judgment interest and attorney's fees, no showing has been made with respect to those items. Consequently, any claim for pre-judgment interest or attorney's fees against Defendant QA3, LLC, is deemed waived.

IT IS ORDERED:

1. A final default judgment shall be entered by separate document in favor of Plaintiff and against Defendant QA3, LLC, in the sum of $200,000.00 plus taxable costs and post-judgment interest as provided by law.

2. Upon entry of judgment, the clerk of the court shall proceed to close the court file for statistical purposes.

DATED this 19th day of September, 2016.

> BY THE COURT:
>
> s/ *Richard G. Kopf*
> Senior United States District Judge