IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE B. LANNOM, | ) | 4:16CV3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| QA3 FINANCIAL CORP. and | ) | |
| QA3, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Affidavit of Robert V. Cornish, Jr., in Support of Court's Entry of Default Judgment Against Defendant QA3 Financial Corp. (Filing No. 20), which the court construes as a motion filed by Plaintiff, George B. Lannom, for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b). The record reflects that a default was entered against said Defendant by the clerk of the court on March 31, 2017 (Filing No. 19).

Upon review of the complaint, the court finds that Plaintiff's claim against Defendant QA3 Financial Corp. is for a sum certain of $200,000.00.[1] The court previously entered a default judgment against the other Defendant, QA3, LLC, which is alleged to be jointly and severally liable with Defendant QA3 Financial Corp. for such sum.[2] The judgment therefore will reflect Defendants' joint and several liability.

---

[1] Although Plaintiff also prays for pre-judgment interest and attorney's fees, no showing has been made with respect to those items. Consequently, any claim for pre-judgment interest or attorney's fees against Defendant QA3 Financial Corp. is deemed waived.

[2] Default judgment against Defendant QA3, LLC, was entered by the court on September 19, 2016 (Filing No. 15), while Defendant QA3 Financial Corp. was in bankruptcy and all proceedings against it were automatically stayed. The stay was lifted on March 31, 2017, after the bankruptcy case was closed (Filing No. 18).

Accordingly,

IT IS ORDERED:

1. A default judgment shall be entered by separate document in favor of Plaintiff and against Defendant QA3 Financial Corp. in the sum of $200,000.00 plus taxable costs and post-judgment interest as provided by law. Defendant QA3 Financial's liability to Plaintiff shall be joint and several with that of Defendant QA3, LLC.

2. Upon entry of judgment, the clerk of the court shall proceed to close the court file for statistical purposes.

DATED this 25th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge